JAMES SLOAN, Respondent, *v.* GRACE F. BEARD, Appellant.

*Sloan v. Beard*, 114 App. Div. 920, affirmed.
(Argued October 17, 1907; decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 20, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a clause in a lease giving the lessee the privilege of purchasing the demised premises.

*Alexander S. Andrews, Ralph S. Hull* and *John Larkin* for appellant.

*J. Stewart Ross* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ